# EXHIBIT A

1  DEBEVOISE & PLIMPTON LLP
2  Abraham Tabaie (SBN 260727)
   atabaie@debevoise.com
3  David Sarratt (SBN 332438)
4  dsarratt@debevoise.com
   650 California Street
5  San Francisco, CA 94108
6  Telephone: (415) 738-5700
   Facsimile: (415) 644-5628
7
8  SPERTUS LANDES AND JOSEPHS LLP
   Kevin James Minnick (SBN 269620)
9  kminnick@spertuslaw.com
10 617 West 7th Street, Suite 200
   Los Angeles, CA 90017
11 Telephone: 213-205-6520
12 Facsimile: Fax: 213-205-6521

13 *Attorneys for Defendant Yardi Systems, Inc.*
14 *(Additional Counsel Listed on Signature Page)*

15            **UNITED STATES DISTRICT COURT**
              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
16

| 17 | DANIEL FRANK, *et al*, | Case No. 8:24-cv-00617-JVS-DFM |
|---|---|---|
| 18 | on behalf of themselves and all others similarly situated, | |
| 19 | | **DECLARATION OF GRANT RICE IN SUPPORT OF DEFENDANTS'** |
| 20 | Plaintiffs, | **OMNIBUS MOTION TO DISMISS** |
| 21 | v. | |
| 22 | YARDI SYSTEMS, INC., *et al*, | |
| 23 | Defendants. | |

24
25
26
27
28
   DECLARATION OF GRANT RICE IN SUPPORT OF OMNIBUS MOTION TO
   DISMISS
                                              Case No. 8:24-cv-00617-JVS-DFM

*JOINT DEFENSE AND ATTORNEY WORK PRODUCT*
*DRAFT*

# DECLARATION OF GRANT RICE

I, Grant Rice, hereby declare as follows:

1. I am Chief Financial Officer and Managing Partner for RAM Partners, LLC ("RAM"), a Defendant in the above-captioned matter.

2. I make this Declaration in support of Defendants' Omnibus Motion to Dismiss the First Amended Class Action Complaint. I have personal knowledge of the facts contained in this Declaration, and if called upon as a witness, could testify competently to the matters set forth herein.

3. On September 12, 2023, RAM began managing a property named Barrington Hills located at 3352 Chelsea Park Lane, Peachtree Corners, GA 30092 ("3352 Chelsea Park Lane property").

4. At the time RAM assumed management of the 3352 Chelsea Park Lane property, Daniel Frank was a tenant residing in Unit 3364C.

5. Records accessible to RAM reflect that Mr. Frank signed a lease for Unit 3364C at the 3352 Chelsea Park Lane property on February 6, 2023 ("Original Lease").

6. It is RAM's practice in the ordinary course of its business to retain and store copies of executed lease and renewal agreements for units at the properties that it manages.

7. A true and correct copy of the Original Lease is attached as Exhibit 1.

8. On May 1, 2024, Mr. Frank executed a lease extension for Unit 3364C for the period May 1, 2024 to October 31, 2024 ("Lease Extension").

9. A true and correct copy of the Lease Extension is attached as Exhibit 2.

10. Since assuming management of the 3352 Chelsea Park Lane property, RAM has not licensed RENTmaximizer or Revenue IQ for use at this property and has not used RENTmaximizer or Revenue IQ to recommend lease prices for Frank or any other tenant at this property.

DECLARATION OF GRANT RICE IN SUPPORT OF OMNIBUS MOTION TO DISMISS

1  Case No. 8:24-cv-00617-JVS-DFM

*JOINT DEFENSE AND ATTORNEY WORK PRODUCT DRAFT*

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on September 23, 2024, in Atlanta, Georgia.

_____
Grant Rice

DECLARATION OF GRANT RICE IN SUPPORT OF OMNIBUS MOTION TO DISMISS

2    Case No. 8:24-cv-00617-JVS-DFM